**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:09CR25-4-RLV-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br>v. )<br>             )<br>KENNETH LEE TRAVIS, )<br>   Defendant. )<br>             ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the *pro se* motion filed by the Defendant on May 21, 2010. In the motion, Mr. Travis "states that he is respectfully requesting that this court bring him to court so that he can confront the real live person with blood running through his vein[s] who brought the charges against him and to prove he or she [is] posting a bond." It is not clear what relief Mr. Travis in fact seeks in this motion.

In any event, the record reflects that Mr. Travis is currently represented by retained counsel, Steven T. Meier. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Travis has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Travis' motion is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Meier.

**SO ORDERED**.

Signed: May 26, 2010

_____
David C. Keesler
United States Magistrate Judge